

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00336-CR

Darius Noel **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6014B
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 1, 2018.

_____
Patricia O. Alvarez, Justice